**John Carl TURNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43132.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

PER CURIAM:

ORDER

Defendant appeals from the dismissal of a Rule 29.15 motion for post-conviction relief for untimely filing of the pro se motion.

The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**James R. SINCLAIR, Appellant.**

**No. WD 42443.**

Missouri Court of Appeals,
Western District.

Nov. 6, 1990.

Allan D. Seidel, Trenton, for appellant.

Douglas S. Roberts, Pros. Atty., Livingston County, Chillicothe, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a conviction for the operation of a motor vehicle while intoxicated, in violation of § 577.010, RSMo 1986.

Judgment affirmed. Rule 30.25(b).